**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,      :    No. 217 EAL 2021

       Respondent            :

            :    Petition for Allowance of Appeal
            :    from the Order of the Superior Court

       v.                :

ROBERT MAYS,            :

       Petitioner           :

COMMONWEALTH OF PENNSYLVANIA,      :    No. 218 EAL 2021

       Respondent            :

            :    Petition for Allowance of Appeal
            :    from the Order of the Superior Court

       v.                :

ROBERT MAYS,            :

       Petitioner           :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 30th day of December, 2021, the Petition for Allowance of Appeal is **DENIED**.